1  Karin Kramer (SBN: 87346)
   karinkramer@quinnemanuel.com
2  John Didday (SBN: 295332)
   johndidday@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, CA 94111
   Telephone:    (415) 875-6600
5  Facsimile:    (415) 875-6700

6  Evette D. Pennypacker (SBN: 203515)
   evettepennypacker@quinnemanuel.com
7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
9  Facsimile:    (650) 801-5100

10

11 Attorneys for Defendant HotChalk, Inc.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

| | |
|---|---|
| 16 SHEILA JACKSON AND ALYSIA SILVERS, individually and on behalf of all others similarly situated,<br><br>18         Plaintiffs,<br><br>19    vs.<br><br>20 HOTCHALK, INC., a Delaware Corporation,<br><br>21         Defendant. | Case No. 5:15-CV-00243-NC<br>MODIFIED<br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR HOTCHALK'S MOTION TO DISMISS COMPLAINT** |

**[PROPOSED] ORDER GRANTING DEFENDANT HOTCHALK, INC.'S**

**MOTION TO DISMISS COMPLAINT**

Pursuant to Civil Local Rules 6-1(b) and 6-2 Plaintiffs Sheila Jackson and Alysia Silvers and Defendant HotChalk, Inc. ("HotChalk") filed a Stipulation Regarding Briefing Schedule for HotChalk's Motion to Dismiss Complaint.

Having considered the stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiffs shall have until April 6, 2015 to file their opposition to HotChalk's Motion to Dismiss the Complaint.

2. HotChalk shall have until April 15, 2015 to file its reply in support of its Motion to Dismiss the Complaint.

3. The case management conference scheduled for April 1, 2015 is continued to April 29, 2015 at 1:00 PM trailing the motion hearing.

**IT IS SO ORDERED.**

Dated: March 18, 2015                    _____
                                          Honorable Nathanael M. Cousins
                                          UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

Case No. 5:15-CV-00243-NC
[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR HOTCHALK'S MOTION TO DISMISS COMPLAINT