1  Karin Kramer (SBN: 87346)
   karinkramer@quinnemanuel.com
2  John Didday (SBN: 295332)
   johndidday@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, CA 94111
   Telephone:    (415) 875-6600
5  Facsimile:    (415) 875-6700

6  Evette D. Pennypacker (SBN: 203515)
   evettepennypacker@quinnemanuel.com
7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
9  Facsimile:    (650) 801-5100

10 *Attorneys for Defendant HotChalk, Inc.*

Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Attorneys for Plaintiffs*

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15 SHEILA JACKSON AND ALYSIA
   SILVERS, individually and on behalf of all
16 others similarly situated,

17              Plaintiffs,

18       vs.

19 HOTCHALK, INC., a Delaware Corporation,

20              Defendant.

Case No. 5:15-CV-00243-NC

**MODIFIED ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION TO
CONTINUE HEARING ON
DEFENDANT'S MOTION TO DISMISS
COMPLAINT AND CASE
MANAGEMENT CONFERENCE**

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 7-7, Plaintiffs Sheila Jackson and Alysia Silvers filed an

2  Unopposed Motion for Continuance of the Hearing on HotChalk's Motion to Dismiss Complaint

3  and Case Management Conference.

4    Having considered the Motion, and for good cause shown, the Court hereby ORDERS as

5  follows:

6    1.    The hearing on Defendant's Motion to Dismiss currently scheduled on April 29,

7  2015 is continued to May 13, 2015 at **1:00 p.m.**

8    2.    Plaintiffs shall have until April 10, 2015 to file their opposition to HotChalk's

9  Motion to Dismiss the Complaint.

10    3.    HotChalk shall have until April 29, 2015 to file its reply in support of its Motion to

11  Dismiss the Complaint.

12    4.    The case management conference scheduled for April 29, 2015 is continued to May

13  13, 2015, at **1:00 p.m**. trailing the motion hearing.

14    5.   The parties shall have until May 6, 2015 to file a Case Management Statement, which

15  Statement shall set forth the parties' agreed to date for preliminary disclosures.

16

17

18    **IT IS SO ORDERED.**

19

20  Dated:    March 26, 2015       _____

21                 Honorable Nathanael M. Cousins
                 UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Case No. 5:15-CV-00243-NC

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING ON
DEFENDANT'S MOTION TO DISMISS COMPLAINT AND CASE MANAGEMENT CONFERENCE