**GREEN & NOBLIN, P.C.**
Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
gnecf@classcounsel.com

**FEDERMAN & SHERWOOD**
William B. Federman
(admitted *pro hac vice*)
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT CALIFORNIA**

| | |
|---|---|
| Sheila Jackson and Alysia Silvers, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HotChalk, Inc., a Delaware corporation,<br><br>Defendant. | CASE NO. 5:15-CV-00243-NC<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(A)(1)(a)(II)**<br><br>Judge: Honorable Nathanael Cousins |

1  **[PROPOSED]** ORDER GRANTING

2  **DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(A)(1)(a)(II)**

3  WHEREAS, on January 16, 2015, Plaintiffs filed an action entitled *Sheila Jackson
4  and Alysia Silvers, individually and on behalf of all others similarly situated vs.
5  HotChalk, Inc.,* Case No. 5:15-cv-00243 (the "Action"), which was assigned to the
6  Honorable Nathanael Cousins of the Northern District of California.

7  WHEREAS, without any admission of liability on the part of either party, the
8  parties desire to avoid continued litigation of any remaining claims for relief;

9  WHEREAS, no class has been certified and no motion for class certification is
10 pending;

11 NOW, THEREFORE,

12 In recognition of the foregoing, the parties stipulated that Plaintiffs' claims in the
13 above-entitled Action will and hereby are voluntarily dismissed with prejudice against
14 Defendant pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

16 **IT IS SO ORDERED:**

17 DATED: __December 28__, 2015

20 By _____
21 Honorable _____
    UNITED STATES _____ JUDGE



GRANTED
Judge Nathanael M. Cousins